IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | 4:12CR3008 |
| v. | ) | |
| LITA CHANHDARA, PETCHROONG FOTHERGILL, | ) | MEMORANDUM AND ORDER |
| Defendants. | ) | |

Defendant Lita Chanhdara has filed a motion to suppress and a motion for disclosure of the identity of a confidential informant. These motions will not be fully submitted until March 21, 2012. Accordingly,

IT IS ORDERED:

1) As to both defendants, the trial of this case is continued pending resolution of the pending pretrial motions.

2) As to both defendants, the time between the filing of defendant Chanhdara's pending motions and the resolution of those motions shall be excluded for speedy trial calculation purposes. 18 U.S.C. § 3161(h)(1), (h)(6) & (h)(7).

DATED this 7th day of March, 2012.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge