IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:12CR3008 |
| | ) | |
| v. | ) | |
| | ) | |
| LITA CHANHDARA, | ) | MEMORANDUM AND ORDER |
| | ) | |
| Defendants. | ) | |
| | ) | |

At the defendant's oral request and with the parties consent,

IT IS ORDERED:

1)     The defendant's motion to continue the suppression hearing (filing no. 42), is granted.

2)     The defendant's suppression hearing will be conducted before the undersigned magistrate judge on May 23, 2012 at 2:00 p.m.  The defendant is ordered to appear at this hearing.

3)     The ends of justice served by continuing defendant's suppression hearing outweigh the best interest of the defendant and the public in a speedy trial. Accordingly, the time between today's date and May 23, 2012 shall be excluded for speedy trial calculation purposes.  18 U.S.C. § 3161(h)(7).

4)     The government's briefing deadline is extended to May 18, 2012.

DATED this 11th day of April, 2012.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge