IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | 4:12CR3008 |
| | ) | |
| v. | ) | |
| | ) | MEMORANDUM AND ORDER |
| LITA CHANHDARA, | ) | |
| | ) | |
| Defendant. | ) | |

At the Defendant's oral request and with the parties' consent,

IT IS ORDERED:

1) The defendant's oral motion (filing no. 51), to continue the hearing on defendant's motion to suppress and her motion disclosure of identity of informant, (filing nos. 28 and 29), is granted.

2) The defendant's evidentiary hearing will be conducted before the undersigned magistrate judge on June 14, 2012 at 10:30 a.m. The defendant is ordered to appear at this hearing.

2) The ends of justice served by granting defendant's request to continue the suppression hearing outweigh the interests of the public and the defendant in a speedy trial, and the additional time arising as a result of the granting of the motion, the time between today's date and June 14, 2012, shall be deemed excluded in any computation of time under the requirements of the Speedy Trial Act, for the reason that defendant's counsel requires additional time to adequately prepare the case, taking into consideration due diligence of counsel, the novelty and complexity of the case, and the fact that the failure to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(7).

4) The government's briefing deadline is extended to June 11, 2012.

DATED this 18th day of May, 2012      BY THE COURT:

                                      s/ *Cheryl R. Zwart*
                                      United States Magistrate Judge